IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00996-ZLW

ANDRE L. TWITTY,

    Plaintiff,

v.

ALBERTO GONZALEZ - U.S. ATTORNY [sic],
H.G LAPPIN,
B.O.P DIR., HARRELL WATTS,
B.O.P CLERK, M. NALLEY
REGIONAL B.O.P. DIR, M. FIELDS,
REMEDY CLERK B.O.P.,
RONNIE WILEY Warden,
FLM BOP, M. CURZ, Assoc. Warden Programs FLM BOP,
K. REAR, Exec. Asst. FLM BOP
D. COLLINS, Unit Mgr.,
FLM BOP LAWRENCE L. LEYBA, Clinical Dir. B.O.P.,
FLM M. MADISON, COUNSELOR, FLM BOP, and
ALL UNKNOWN MAILROOM & MEDICAL STAFF BOP FLM, All in Their Individual
    Capacities,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 03 2007

GREGORY C. LANGHAM
    CLERK

---

ORDER DENYING MOTION TO RECONSIDER

---

Plaintiff Andre J. Twitty is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the United States Penitentiary, Administrative Maximum, in Florence, Colorado. Mr. Twitty filed *pro se* on July 24, 2007, a motion titled "Motion for Reconsideration, From the 10 July 2007 Order, for an Abuse of Discretion, Brief in Support." Mr. Twitty asks the Court to reconsider and vacate the order and judgment of dismissal filed on July 10, 2007. The Court must construe the motion to reconsider liberally because Mr. Twitty is proceeding *pro se*.

*See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion to reconsider will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). A motion to reconsider filed within ten days after the judgment will be considered pursuant to Rule 59(e). *See id.* A motion to reconsider filed more than ten days after the final judgment in an action should be considered pursuant to Rule 60(b). *See id.* at 1243. Because the motion to reconsider was filed within ten days after the Court's dismissal order, the Court will consider the motion to reconsider pursuant to Rule 59(e). *See Van Skiver*, 952 F.2d at 1243.

On July 10, 2007, the Court denied Mr. Twitty leave to proceed pursuant to 28 U.S.C. § 1915(g) because: (1) he has, on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted; and (2) he fails to establish that he is under imminent danger of serious physical injury, and dismissed the complaint and the action without prejudice. The basis for the dismissal is explained in detail in the July 10 dismissal order.

Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. Twitty fails to demonstrate some reason why the Court should reconsider and

vacate the order to dismiss this action. The three major grounds that justify reconsideration are: (1) an intervening change in controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or prevent manifest injustice. *See Shields v. Shetler*, 120 F.R.D. 123, 126 (D. Colo. 1988). Mr. Twitty does not allege the existence of any new law or evidence and he fails to convince the Court of the need to correct clear error or prevent manifest injustice. Therefore, the motion to reconsider will be denied. Accordingly, it is

ORDERED that the motion titled "Motion for Reconsideration, From the 10 July 2007 Order, for an Abuse of Discretion, Brief in Support" submitted *pro se* by Plaintiff Andre L. Twitty and asking the Court to reconsider and vacate the order and judgment of dismissal filed on July 10, 2007, and which the Court has construed liberally as a motion to alter or amend judgment pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, is denied.

DATED at Denver, Colorado, this 2 day of Aug., 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00996-BNB

Andre Twitty
Reg. No. 18558-018
ADX – Florence
PO Box 8500
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 8/3/7

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk