IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00996-ZLW

ANDRE L. TWITTY,

        Plaintiff,

v.

ALBERTO GONZALEZ - U.S. ATTORNY [sic],
H.G. LAPPIN,
B.O.P. DIR., HARRELL WATTS,
B.O.P. CLERK, M. NALLEY
REGIONAL B.O.P. DIR., M. FIELDS,
REMEDY CLERK, B.O.P.,
RONNIE WILEY Warden,
FLM BOP, M. CRUZ, Assoc. Warden Programs FLM BOP,
K. REAR, Exec. Asst. FLM BOP,
D. COLLINS, Unit Mgr.,
FLM BOP LAWRENCE L. LEYBA, Clinical Dir. B.O.P.,
FLM M. MADISON, COUNSELOR, FLM BOP, and
ALL UNKNOWN MAILROOM & MEDICAL STAFF BOP FLM, All in Their Individual
        Capacities,

        Defendants.

---

## ORDER TO CURE DEFICIENCY

---

Weinshienk, Senior Judge

        Plaintiff submitted  a Letter which is being construed as a Misdirected Notice of Appeal on

August 10, 2007 . The court has determined that the document is deficient as described in this order.

Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**    **Filing Fee**
      <u> X </u>    is not submitted

**(B)**    **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915**

1

**and Fed. R. App. P. 24**:

<u>X</u>      is not submitted

__      is missing affidavit

__      is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing

__      is missing required financial information

__      is missing an original signature by the prisoner

__      is not on proper form (must use the court's current form)

__      other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order.  Any papers that Plaintiff filed in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms:  Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this   28   day of              August             , 2007.

BY THE COURT:

*Zita L. Weinshienk*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2